STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Geographic Location Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HEALTH MART SYSTEMS, INC.,**<br><br>**Defendant.** | **CASE NO.: 5:21-cv-05155-LHK**<br><br>**PATENT CASE** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Geographic Location Innovations, LLC, and Defendant Health Mart Systems, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

1  This Stipulation and Order shall finally resolve the Action between the parties.

2  Dated: October 6, 2021                             Respectfully submitted,

3

4                                                     */s/Stephen M. Lobbin*
                                                      Stephen M. Lobbin
5                                                     sml@smlavvocati.com
                                                      SML AVVOCATI P.C.
6                                                     888 Prospect Street, Suite 200
7                                                     San Diego, California 92037
                                                      (949) 636-1391 (Phone)
8

9                                                     ***Attorney(s) for Plaintiff***

10                                                    **FISH & RICHARDSON P.C.**
11
12                                                    By: */s/Ricardo J. Bonilla*
                                                      Neil J. McNabnay
13                                                    Texas Bar No. 24002583
                                                      mcnabnay@fr.com
14                                                    Ricardo J. Bonilla
15                                                    Texas Bar No. 24082704
                                                      rbonilla@fr.com
16                                                    Rodeen Talebi
17                                                    Texas Bar No. 24103958
                                                      talebi@fr.com
18                                                    Sarika N. Patel
19                                                    Texas Bar No. 24073520
                                                      patel@fr.com
20                                                    1717 Main Street, Suite 5000
21                                                    Dallas, Texas 75201
                                                      (214) 747-5070 – Telephone
22                                                    (214) 747-2091 – Facsimile
23
24                                                    ***Attorney(s) for Defendant***
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin